## MOTION AND PROCEDURAL RULINGS

**2010–2016.  State v. Quinn.**
Lucas App. No. L–10–1262. On motion for leave to file delayed appeal. Motion denied.

**2010–2025.  State v. Jones.**
Marion App. No. 9–10–09, 2010-Ohio-4823. On motion for leave to file delayed appeal. Motion granted.
   O'CONNOR, C.J., and O'DONNELL, J., dissent.

**2010–2026.  State v. Russell.**
Montgomery App. No. 23454, 2010-Ohio-4765. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER and CUPP, JJ., dissent.

**2010–2040.  State v. Brown.**
Marion App. No. 9–09–15, 2009-Ohio-5428. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**2010–2056.  State v. Ingram.**
Medina App. No. 10CA0022–M, 2010-Ohio-3546. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**2010–2058.  State v. King.**
Lorain App. No. 10CA009755, 2010-Ohio-4400. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER and CUPP, JJ., dissent.

**2010–2068.  State v. Ortiz.**
Cuyahoga App. No. 91819, 2010-Ohio-3713. On motion for leave to file delayed appeal. Motion granted.
   O'CONNOR, C.J., and O'DONNELL and LANZINGER, JJ., dissent.

**2010–2088.  State v. Hughes.**
Hamilton App. No. C–090842. On motion for stay of consideration of jurisdiction. Motion denied.
   LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2010–2150.  State ex rel. Heft v. O'Connor.**
Logan App. No. 8–10–10. On motion for stay of court of appeals' judgment. Motion denied.

**2010–2179.  In re Arnott.**
Highland App. No. 09CA25, 2010-Ohio-5392. On motion for stay of court of appeals' judgment. Motion denied.
   PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2010–1542.  State v. Jackson.**
Cuyahoga App. No. 92531, 2010-Ohio-3080. Discretionary appeal accepted.
   O'CONNOR, C.J., and PFEIFER and CUPP, JJ., dissent.
   Discretionary cross-appeal not accepted.

**2010–1621.  Dohme v. Eurand Am., Inc.**
Montgomery App. No. 23653, 2010-Ohio-3905.
   PFEIFER, J., dissents.